

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2019

No. 04-19-00031-CR

John Anthony **QUILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR9215
Honorable Melisa C. Skinner, Judge Presiding

**ORDER**

This appeal is DISMISSED.

It is so **ORDERED** on February 27, 2019.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2019.

Keith E. Hottle, Clerk of Court